IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CORPORATIONS FOR CHARACTER, L.C.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>Defendant. | **ORDER**<br><br>Case No. 2:11-cv-0419 CW<br><br>Judge Clark Waddoups |

This matter is before the court on defendant Federal Trade Commission's Motion to Dismiss for lack of jurisdiction. A hearing on Defendant's motion was held before the Honorable Clark Waddoups on March 8, 2012. Daniel Ferrel McInnis, Matthew G. Cooper, and Russell D. Harris appeared on behalf of Plaintiff Corporations for Character, L.C. Drake Cutini appeared on behalf of Defendant. After due consideration of the parties' filings and oral arguments, and otherwise being fully advised,

IT IS HEREBY ORDERED, for the reasons stated on the record, that Defendant's Motion to Dismiss is GRANTED.[1] Currently, Plaintiffs are attempting to transfer a related action in Florida to this venue. If Plaintiffs are successful in having the case transferred, the court will consolidate the case with this action, as the lower-numbered case, pursuant to DUCivR 42-1. Each party shall

---

[1] Docket No. 17.

bear its own costs associated with this motion.

DATED this 19th day of March, 2012.

BY THE COURT:

_____
Clark Waddoups
United States District Judge