Matthew G. Cooper
Russell D. Harris
5286 South Commerce Drive, Suite A136
Murray, Utah 84107
Phone: (801) 284-7242
Fax:    (801) 284-7313

Daniel Ferrel McInnis (*admitted pro hac vice*)
Allison Sheedy (*admitted pro hac vice*)
AKIN, GUMP, STRAUSS, HAUER, & FELD LLP
1333 New Hampshire Ave, NW
Washington, D.C.  20036
Phone:  (202) 887-4000
Fax:     (202) 887-4288

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| CORPORATIONS FOR CHARACTER, L.C. : | |
| : | **MOTION TO CONSOLIDATE** |
| Plaintiff, : | |
| : | |
| : | |
| v. : | No. 2:11-cv-0419-CW |
| : | |
| FEDERAL TRADE COMMISSION, a : | |
| Federal Administrative Agency, : | |
| : | |
| Defendant. : | |

### PLAINTIFF'S MOTION TO CONSOLIDATE

Pursuant to DUCivR 42-1 and this Court's March 19, 2012 Order (DE 32), Plaintiff Corporations for Character, L.C. respectfully requests consolidation of the case *United States of America v. Feature Films for Families, Inc., Corporations for Character, L.C., Family Films of Utah, Inc., and Forrest Sandusky Baker, III,* No. 2:12-cv-00811-TS, which was recently

transferred to the District of Utah from the Northern District of Florida under 28 U.S.C. § 1404(a), with this matter.  This Court's March 19, 2012 Order states that in the event the Florida action is transferred to Utah, "the court will consolidate the case with this action, as the lower-numbered case, pursuant to DUCivR 42-1."  (DE 32.)  That transfer has now occurred, and Plaintiff respectfully requests consolidation.

Respectfully submitted,

Dated:  August 27, 2012

> By:  ___/s/ Daniel Ferrel McInnis_____
>
> Daniel Ferrel McInnis (*admitted pro hac vice*)
> Allison Sheedy (*admitted pro hac vice*)
> AKIN, GUMP, STRAUSS, HAUER, & FELD LLP
> 1333 New Hampshire Ave, NW
> Washington, D.C.  20036
> Phone:  (202) 887-4000
> Fax:     (202) 887-4288
>
> Matthew G. Cooper
> Russell F. Harris
> 5268 South Commerce Drive, Suite A136
> Murray, Utah 84107
> Phone:  (901) 284-7242
> Fax:     (801) 284-7313
>
> *Attorneys for Plaintiff, Corporations for Character, L.C.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished through the Court's CM/ECF system on this 27th day of August 2012 to counsel for all parties of record.

Dated: August 27, 2012                                         /s/
                                                                                Daniel Ferrel McInnis