UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CORPORATIONS FOR CHARACTER, L.C. | [PROPOSED] ORDER |
| Plaintiff, | |
| v. | No. 2:11-cv-0419-CW |
| FEDERAL TRADE COMMISSION, a Federal Administrative Agency, | |
| Defendant. | |

Upon consideration of the Plaintiff's Motion to Consolidate the case *United States of America v. Feature Films for Families, Inc., Corporations for Character, L.C., Family Films of Utah, Inc., and Forrest Sandusky Baker, III,* No. 2:12-cv-00811-TS, a case recently transferred to this District from the Northern District of Florida pursuant to 28 U.S.C. § 1404(a), with the above-captioned matter, the Court, having considered the Motion, and good cause appearing therefore, hereby

GRANTS the Motion.

Dated this  6th   day of  Sept.   , 2012.

Judge Clark Waddoups
U.S. District Judge