UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>FEATURE FILMS FOR FAMILIES, INC.,<br><br>CORPORATIONS FOR CHARACTER, L.C.,<br><br>FAMILY FILMS OF UTAH, INC., and<br><br>FORREST SANDUSKY BAKER III, individually and as owner and principal officer of FEATURE FILMS FOR FAMILIES, INC., CORPORATIONS FOR CHARACTER, L.C., and FAMILY FILMS OF UTAH, INC.,<br><br>    Defendants and Counter-Plaintiffs. | Case 2:11-cv-00419-RJS-DBP<br><br>**MOTION FOR LEAVE TO CONSOLIDATE RESPONSES TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |

On November 15, 2012, Magistrate Judge Furse ordered that the United States file memoranda in opposition to three motions for partial summary judgment on or before December 14, 2012. Dkt. No. 69. To promote judicial efficiency, the United States respectfully requests leave of Court to file a consolidated response to Defendants' three motions. Responding to each motion separately would have resulted in three briefs, each of which would repeat certain sections and cross-reference one another. Clarity is best served by the filing of one consolidated response.

1

Accordingly, the United States requests leave of Court fo file its opposition to Defendants three separate motions for summary judgment as one omibus brief.

Dated: December 14, 2012                                    Respectfully Submitted,

OF COUNSEL:                                                 FOR THE UNITED STATES OF
                                                            AMERICA

LOIS C. GREISMAN                                            STUART F. DELERY
Associate Director for Marketing Practices                  Acting Assistant Attorney General
FEDERAL TRADE COMMISSION                                    MAAME EWUSI-MENSAH FRIMPONG
                                                            Acting Deputy Assistant Attorney General
Michael E. Tankersley                                       Civil Division
Attorney                                                    U.S. DEPARTMENT OF JUSTICE
Federal Trade Commission
600 Pennsylvania Ave., NW, Rm. 286                          DAVID B. BARLOW
Washington, DC  20580                                       United States Attorney
PHONE:  202-326-2991                                        JARED C. BENNETT
FAX:  202-326-3395                                          Assistant U.S. Attorney for the
mtankersley@ftc.gov                                         District of Utah
                                                            185 South State Street
                                                            Suite 300
                                                            Salt Lake City, UT 84111
                                                            PHONE: 801-524-5682

                                                            MICHAEL S. BLUME
                                                            Director
                                                            Consumer Protection Branch

                                                            RICHARD GOLDBERG
                                                            Assistant Director
                                                            Consumer Protection Branch

                                                            s/ Daniel M. Baeza
                                                            DANIEL M. BAEZA
                                                            Trial Attorney
                                                            Consumer Protection Branch
                                                            U.S. Department of Justice
                                                            P.O. Box 386
                                                            Washington, D.C. 20044
                                                            PHONE: 202-616-4916
                                                            FAX: 202-514-8742
                                                            dan.baeza@usdoj.gov

2

## CERTIFICATE OF SERVICE

I, Daniel M. Baeza, certify that on December 14, 2012 I served a true copy of the United States' Motion for Leave to Consolidate Responses to Defendants' motions for Partial Summary Judgment on all counsel of record via ECF.

s/ Daniel M. Baeza<br>
DANIEL M. BAEZA