UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORPORATIONS FOR CHARACTER, L.C., *et al.,*<br><br>Defendants. | **ORDER CLOSING CASE AND DIRECTING THAT DKT. 269 REMAINED SEALED FOR 60 DAYS**<br><br>Case 2:11-cv-00419-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

On March 23, 2018, the court entered the stipulated Final Order for Permanent Injunction and Civil Penalty Judgment.[1] And on May 18, 2018 the court held a hearing on the final two pending motions in the case:

1) The United States' Unopposed Motion for Order to Vacate and Bar the Unsealing of Docket No. 269[2]; and

2) The law firm of Thompson Hine LLP's Motion to Intervene and Enforce Sanctions Award.[3]

For the reasons stated at the May 18 hearing, the court denied the United States' Motion, but directed that Docket Entry 269, an Order issued by Judge Waddoups, should remain sealed for sixty days, to permit the parties time to appeal.[4] And the court has issued a written order granting in part and denying in part Thompson Hine's Motion to Intervene.[5]

---

[1] Dkt. 365.

[2] Dkt. 360.

[3] Dkt. 367.

[4] Dkt. 376 (Minute Order).

[5] Dkt. 377.

1

This case is concluded.  Accordingly, the court directs the clerk of court to:

1) Close this case; and

2) Keep Docket Entry 269 sealed for sixty days, unless directed to do otherwise by the court.

SO ORDERED this 29th day of May, 2017.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge