Joan M. Andrews (7803)
**FABIAN VANCOTT**
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Fax: (801) 596-2814
jandrews@fabianvancott.com

*Local Counsel for Amici Curiae*

Errol Copilevitz
Karen Donnelly
COPILEVITZ & CANTER, LLC
310 W. 20th Street, Suite 300
Kansas City, MO 64112
Telephone: (816) 472-9000
Fax: (816) 472-5000
ec@cckc-law.com
kdonnelly@cckc-law.com

*Counsel for Amici Curiae, Admitted Pro Hac Vice*

*Attorneys for Amici Curiae American
Charities for Reasonable Fundraising
Regulation, Association of Direct Response
Fundraising Counsel, Association of
Fundraising Professionals, Direct Marketing
Association Nonprofit Federation, Russ
Reid Company, SCA Direct, Creative Direct
Response, National Federation of the Blind,
Christian Appalachian Project, National
Cancer Coalition, Wounded Warrior
Project, National Catholic Development
Conference, American Institute for Cancer
Research, and Food for the Poor.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>CORPORATION FOR CHARACTER, L.C.,<br>et al.,<br><br>     Defendants. | **ORDER GRANTING MOTION FOR REMOVAL FROM PLEADINGS AND FURTHER NOTICES**<br><br>No. 2:11-cv-0419-RJS<br><br>Judge Robert J. Shelby |

The American Charities for Reasonable Fundraising Regulation and other *amici curiae* have filed a Notice of Non-Interest in Further Proceedings and Motion for Removal from Pleadings and Further Notices.  The Court, having fully considered the request of *amici curiae*, and good cause appearing therefore, hereby orders:

The motion of American Charities for Reasonable Fundraising Regulation and other *amici curiae* is GRANTED.

DATED this 30th day of July, 2018.

BY THE COURT:

Judge Robert J. Shelby
United States District Court